## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| KATHY IVEY AND ARTHUR IVEY,<br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MCKINLEY MEDICAL, L.L.C., *et al.*,<br>　　　　　　　　　　　　Defendants. | Civil No. 08-6407 (JRT/JJK)<br><br><br>**ORDER TO DISMISS**<br>**WITHOUT PREJUDICE** |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc., filed by the parties on May 1, 2009 [Docket No. 51].

**IT IS HEREBY ORDERED** that defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Holdings Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.


DATED: May 6, 2009
at Minneapolis, Minnesota.　　　　　　　　　　　___s/John R. Tunheim____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　United States District Judge