UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

KATHY IVEY AND ARTHUR IVEY,　　　　　　　　Civil No. 08-6407 (JRT/JJK)
　　　　　　　　　　　　Plaintiffs,

v.
　　　　　　　　　　　　　　　　　　　　　　**ORDER TO DISMISS**
MCKINLEY MEDICAL, L.L.C., *et al.*,　　　　　　　**WITH PREJUDICE**
　　　　　　　　　　　　Defendants.

_____

This matter came before this Court upon the Stipulation for Dismissal With Prejudice of Defendants Hospira, Inc. and Abbott Laboratories, filed by the parties on January 19, 2010 [Docket No. 103].

**IT IS HEREBY ORDERED** that Defendants Hospira, Inc. and Abbott Laboratories are **DISMISSED WITH PREJUDICE** and without costs or disbursements to any party.

DATED: January 20, 2010
at Minneapolis, Minnesota.　　　　　　　　　　　___s/ John R. Tunheim___
　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge